GENE M. BIALKOWSKI v.
BOROUGH OF RIDGEFIELD, *ET AL.*

September 21, 1972. Petition for certification denied. (See 120 *N. J. Super.* 194).

MARIE V. GOODEN, *ET AL.* v. SAMUEL ENGELMAN.

September 21, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. RODNEY WAYNE HODDER.

September 21, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. HARVEY ROBERTSON.

September 21, 1972. Petition for certification denied.

THE OKANITE COMPANY v. RICHARD A. GILSENAN, *ET AL.*

September 21, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. PERCELL RIDLEY.

September 21, 1972. Petition for certification denied.